# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-1034
_____

LILA JEANNE POTTER,

    Appellant,

    v.

MAXIM ALLEGIS GROUP/MAXIM
HEALTHCARE, ACE USA, and
ESIS,

    Appellees.

_____

On appeal from an order of the Judge of Compensation Claims.
Stephen L. Rosen, Judge.

Date of Accident: June 26, 2000.

April 24, 2019

PER CURIAM.

    AFFIRMED.

LEWIS, WETHERELL, and WINOKUR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Michael J. Winer and John F. Sharpless of Law Office of Michael J. Winer, P.A., Tampa, for Appellant.

Clinton C. Lyons, Jr., of Moran Kidd Lyons Johnson, P.A., Orlando, for Appellees.